### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL THOMAS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-224-TFM-B |
| | ) |
| **BMO HARRIS BANK,** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 7th day of February, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE